1  Kane Moon (SBN 249834)
   kane.moon@moonyanglaw.com
2  Lilit Ter-Astvatsatryan (SBN 320389)
   lilit@moonyanglaw.com
3  **MOON & YANG, APC**
   1055 W. Seventh St., Suite 1880
4  Los Angeles, California 90017
   Telephone: (213) 232-3128
5  Facsimile: (213) 232-3125

6  *Attorneys for Plaintiff, Oscar Felix, individually,
   and on behalf of himself and all others similarly situated*
7

8  Additional counsel on the following page

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR FELIX, individually, and on behalf of all others similarly situated, | CASE NO.: 2:22-cv-04847-JAK-SK |
| Plaintiffs | *Assigned to Hon. John A. Kronstadt* |
| v. | **STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| PENTAIR WATER POOL AND SPA, INC., and DOES 1 through 10, inclusive, | State Action Filed: May 10, 2022<br>Removal Date: July 14, 2022 |
| Defendants. | Trial Date: None Set |

Marissa L. Lyftogt (SBN 259559)
mlyftogt@wilsonturnerkosmo.com
Susan I. Henderson (SBN 335618)
shenderson@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
402 W. Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile (619) 236-9669

and

Carrie McAtee (*Pro Hac Vice*)
cmcatee@shb.com
Laura M. Booth (SBN 179857)
lbooth@shb.com
**SHOOK, HARDY & BACON L.L.P.**
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Tel: 949.475.1500; Fax: 949.475.0016

*Attorneys for Defendant Pentair Water Pool and Spa, Inc.*

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

This Stipulation is made and entered into by and among Plaintiff Oscar Felix ("Plaintiff") and Defendant Pentair Water Pool and Spa, Inc. ("Defendant") by and through their undersigned attorneys, with reference to the following:

WHEREAS, on May 10, 2022, Plaintiff filed a putative class action complaint in Ventura County Superior Court, alleging that Defendant violated California wage and hour laws;

WHEREAS, on July 13, 2022, Defendant filed its Answer to the complaint;

WHEREAS, on July 14, 2022, Defendant removed the action to the United States District Court for the Central District of California;

WHEREAS, Plaintiff seeks to amend the operative complaint to add a cause of action under the California Private Attorney General Act, Labor Code § 2698, *et seq.* ("PAGA") to recover civil penalties he claims are owed to him, the State of California and "Aggrieved Employees;"

WHEREAS, on November 2, 2022, this Court issued its Pretrial Deadlines (Dkt. 21), which set December 20, 2022, as the deadline to amend the operative complaint;

WHEREAS, Plaintiff and Defendant have met and conferred regarding the proposed amendment, and Defendant consents to Plaintiff's filing of a First Amended Complaint in the format attached hereto as **Exhibit A**;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties as follows:

(1)  Plaintiff is allowed to file the First Amended Complaint, attached hereto as **Exhibit A**;

(2)  Defendant's deadline to respond to the First Amended Complaint shall be 30 days from the date that the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: November 9, 2022 | MOON & YANG, APC |
| 2 | | |
| 3 | | BY: /s/ Lilit Ter-Astvatsatryan |
| 4 | | LILET TER-ASTVATSATRYAN KANE MOON |
| 5 | | |
| 6 | | *Attorney for Plaintiff* |
| 7 | Dated: November 9, 2022 | SHOOK, HARDY & BACON LLP |
| 8 | | |
| 9 | | BY: /s/ Carrie A. Mcatee |
| 10 | | CARRIE A. MCATEE (*Pro Hac Vice*) LAURA M. BOOTH |
| 11 | | |
| 12 | | *Attorney for Defendant Pentair Water Pool and Spa, Inc.* |

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

---

4
STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT